DOMINICK FRESE v. VERPETIA REALTY CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PROGRESSIVE ADVERTISING & PUBLICITY COMPANY, INC., v. LYRIC OPERATING CO., INC.— Motion for a stay granted, and motion to consolidate actions denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

· CHARLES B. SCHWANDA v. WADSWORTH REALTY CORPORATION and Others.— Motion granted so far as to stay all proceedings on the part of the plaintiff pending appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN KOPF, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX M. GUTTMAN v. JOSEPH J. HARRIS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INTERNATIONAL ACCEPTANCE BANK, INC., v. GEORGE REITH and Another, Copartners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOBSON-GIFFORD COMPANY, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOBSON-GIFFORD COMPANY, Appellant, v. PATRICK McGOVERN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELEANOR SAMUELS, an Infant, by ALEXANDER CHYLAK, Her Guardian ad Litem, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AGATHA SAMUELS, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARK HELLINGER, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES FLEISCHER, Respondent, v. MACFADDEN NEWSPAPER PUBLISHING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

N. & A. REALTY CO., INC., a Domestic Corporation, Respondent, v. BEN B. PAUKER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID EDWARD HOAG, Respondent, v. ELLEN WELLS PROBST, Appellant.—